HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2512
Tel: 916-498-5700/Fax: 916-498-5710
heather_williams@fd.org

Attorney for Defendant
DUSTIN ALBINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-183 JAM |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW THE FEDERAL DEFENDER AND O R D E R GRANTING WITHDRAWAL AND APPOINTING COUNSEL** |
| vs. | |
| DUSTIN ALBINI, | |
| Defendant. | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel. The Federal Defender, appointed since the Initial Appearance, is unable to continue representing the defendant and moves to withdraw from representation and have Michael Long, who is willing to accept appointment, appointed effective February 6, 2019.

DATED: February 8, 2019                                   HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          /s/ Heather E. Williams
                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

**O R D E R**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's Motion to Withdraw and appointing Michael Long, effective February 6, 2019.

DATED: 2/8/2019                                           /s/ John A. Mendez
                                                          HON. JOHN A. MENDEZ
                                                          United States District Court Judge

1