McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
TEL: (916) 554-2700
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-101-JAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DUSTIN JOSEPH ALBINI, AKA BREDT DUSTIN JOSEPH ALBINI, | |
| Defendant. | |

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-183-JAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DUSTIN JOSEPH ALBINI, AKA DUSTIN JOSEPH ALBINI-BREDT, | |
| Defendant. | |

WHEREAS, on or about June 7, 2019, this Court entered a Preliminary Order of Forfeiture

Final Order of Forfeiture

pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Dustin Joseph Albini forfeiting to the United States the following property:

    a.    A .45 caliber Colt MK IV handgun with serial number FA11311, and

    b.    A .40 caliber Glock 27 handgun with serial number RHT456.

AND WHEREAS, beginning on June 13, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Dustin Joseph Albini.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 5th day of September, 2019.

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge