HEATHER E. WILLIAMS, #122664
Federal Defender
ROBIN H. CHANG, #355496
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
robin_chang@fd.org

Attorney for Defendant
DUSTIN JOSEPH ALBINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00183-JAM |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING EARLY** |
| | ) | **TERMINATION OF SUPERVISION** |
| v. | ) | **(ECF No. 52)** |
| | ) | |
| DUSTIN JOSEPH ALBINI, | ) | |
| | ) | Judge: Hon. John A. Mendez |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in the above-referenced case and **DISCHARGES** DUSTIN JOSEPH ALBINI for the reasons set forth in her unopposed Motion.

The Court **FURTHER ORDERS** that any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.

Dated: May 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER for Early Termination of Supervised Release                    *U.S. v Dustin Joseph Albini*